

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00356-CR

Ex Parte Juan **ENRIQUEZ**,
Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's Motion to File Amended Brief on Appeal is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk